United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DANNY H. PITCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>PLUMAS COUNTY JAIL, et al.,<br><br>    Defendants. | Case No. 19-cv-01615-LB<br><br>**ORDER OF TRANSFER**<br>Re: ECF No. 1 |

Danny H. Pitcher filed this *pro se* civil rights action complaining about events and omissions occurring at the Plumas County Jail. That jail is located in Plumas County, within the venue of the Eastern District of California. The individual defendants work at the jail and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: April 2, 2019

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 19-cv-01615-LB